

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 15  PM 4: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLORIA RAYMOND and<br>BETTY GRAHAM | *   CIVIL ACTION |
| | *   NO. 00-0298 |
| VERSUS | |
| | *   SECTION "A" |
| UNUM LIFE INSURANCE COMPANY<br>OF AMERICA | *   JUDGE CHARLES SCHWARTZ, JR. |
| *   *   *   *   *   * | *   MAGISTRATE JUDGE SALLY SHUSHAN |

### MOTION FOR EXPEDITED HEARING OF
### MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD,
### OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendant UNUM Life Insurance Company of America, seeks to have this matter set on an expedited basis for the reason that it has been advised that the next hearing available regular motion date is October 11, 2000. Trial of this matter is presently scheduled for October 20, 2000, and pursuant to the Court Pre-Trial Order, all dispositive motions must be heard thirty days prior to the trial date. UNUM therefore request that the

DATE OF ENTRY
SEP 1 9 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

hearing of its Motion for Summary Judgment be set for the _____ day of _____, 2000.

                                                  **Respectfully submitted,**

_____
**LAUREN A. WELCH (17199)**
**McGLINCHEY STAFFORD**
**A Professional Limited Liability Company**
**643 Magazine Street**
**New Orleans, Louisiana 70130**
**Telephone: (504) 586-1200**
**ATTORNEYS FOR UNUM LIFE INSURANCE**
**OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing same into the United States Mail, postage prepaid and properly addressed this 15th day of September, 2000.

_____
**LAUREN A. WELCH**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLORIA RAYMOND and** **BETTY GRAHAM** | * | CIVIL ACTION |
| | * | NO. 00-0298 |
| **VERSUS** | * | SECTION "A" |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | * | JUDGE CHARLES SCHWARTZ, JR. |
| * * * * * * | * | MAGISTRATE JUDGE SALLY SHUSHAN |

O R D E R

Considering the above and foregoing motion;

**IT IS ORDERED,** that defendant UNUM Life Insurance Company of America's Motion for Judgment on Administrative Record, or in the alternative, Motion For Summary Judgment be set for hearing the 11th day of October, 2000.

New Orleans, Louisiana, this 18 day of September, 2000.

_____
JUDGE