

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

GLORIA RAYMOND and       \*   CIVIL ACTION
BETTY GRAHAM

                        \*   NO. 00-0298

VERSUS

                        \*   SECTION "A"

UNUM LIFE INSURANCE COMPANY
OF AMERICA                   \*   JUDGE CHARLES SCHWARTZ, JR.

\*     \*     \*     \*     \*     \*     \*   MAGISTRATE JUDGE SALLY
                              SHUSHAN

## EX PARTE MOTION TO SUBSTITUTE ORIGINAL AFFIDAVIT

Now into court through undersigned counsel comes defendant,

UNUM Life Insurance Company of America who moves this Court to substitute

the attached original Affidavit of Kevin Perrigo in place of the facsimile which

was previously filed as an attachment to defendant's pleading entitled

Memorandum in Support of Motion for Judgment on Administrative Record, or in

the Alternative, Motion for Summary Judgment filed on September 15, 2000.

DATE OF ENTRY
SEP 2 9 2000

Defendant avers that the attached is the original of that facsimile.

**Respectfully submitted,**

**LAUREN A. WELCH #17199**
**MCGLINCHEY STAFFORD**
**643 Magazine Street**
**New Orleans, LA 70130-3477**
**TELEPHONE: (504) 596-2763**
**ATTORNEY FOR DEFENDANT,**
**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by United States mail, postage prepaid, or by hand delivery, this 22nd day of September, 2000.

**LAUREN A. WELCH**

2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLORIA RAYMOND and BETTY GRAHAM** | * | **CIVIL ACTION** |
| | * | **NO.  00-0298** |
| **VERSUS** | * | **SECTION "A"** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | * | **JUDGE CHARLES SCHWARTZ, JR.** |
| *    *    *    *    *    * | * | **MAGISTRATE JUDGE SALLY SHUSHAN** |

## ORDER

Considering the foregoing Ex Parte Motion to Substitute Original Affidavit;

**IT IS HEREBY ORDERED,** that UNUM Life Insurance Company of America request to substitute the original Affidavit of Kevin Perrigo in place of the facsimile which was previously filed as an attachment to defendant's pleadings entitled Memorandum in Support of Motion for Judgment on Administrative Record, or in the Alternative, Motion for Summary Judgment be granted.

New Orleans, Louisiana this _28_ day of _September_ , 2000.

_____
**J U D G E**

3

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GLORIA RAYMOND and**<br>**BETTY GRAHAM** | *   **CIVIL ACTION** |
| | *   **NO.  00-0298** |
| **VERSUS** | |
| | *   **SECTION "A"** |
| **UNUM LIFE INSURANCE COMPANY**<br>**OF AMERICA** | *   **JUDGE CHARLES SCHWARTZ, JR.** |
| *     *     *     *     *     * | *   **MAGISTRATE JUDGE SALLY**<br>    **SHUSHAN** |

**AFFIDAVIT OF  KEVIN PERRIGO**

COMES NOW, Kevin Perrigo, under oath, being first duly sworn and states from his own personal knowledge as follows:

1.      I am employed as a Manager, with UNUM Provident, (formerly known as UNUM Life Insurance Company of America, hereinafter "UNUM").  The facts set forth herein are based upon my own personal knowledge, which in part is derived from my review of UNUM's records relating to this lawsuit.

2.      UNUM issued a Group Life Insurance Policy No. 338219 to The Boston Club with an effective date of October 1,1988 ("Policy").   A true and correct copy of the Policy is attached hereto as Exhibit A.  Decedent Kevin Raymond was covered by the Policy from October 1, 1988  to   January 8, 1999.

3.    On or about February 1, 1999, a life claim was filed on behalf of Kevin Raymond.  I have reviewed UNUM's administrative record pertaining to the claim.  A true and correct copy of the Administrative Record is attached hereto as Exhibit B.

Dated: September 15, 2000

_____
Kevin Perrigo
Manger, Group Life
UNUMProvident Insurance Company


Subscribed and sworn to before me this _____15th_____ day of ___SEPTEMBER___, 2000.

_____
Notary Public

My Commission Expires:    3/05