```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2000 OCT 19 AM 11:59

                                        LORETTA G. WHYTE
                                             CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

GLORIA RAYMOND, ET AL.                         CIVIL ACTION

VERSUS                                         NO. 00-0298

UNUM LIFE INSURANCE COMPANY                    SECTION "A"
OF AMERICA

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE

BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE

NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this <u>19TH</u> day of <u>OCTOBER</u>, 2000.

                                    _____
                                         UNITED STATES DISTRICT JUDGE

cc: ALL COUNSEL OF RECORD



DATE OF ENTRY

OCT 19 2000