

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 17 PM 4: 50

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLORIA RAYMOND and BETTY GRAHAM** | * | CIVIL ACTION |
| | * | NO. 00-0298 |
| **VERSUS** | | |
| | * | SECTION "A" |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | * | JUDGE CHARLES SCHWARTZ, JR. |
| * * * * * * | * | MAGISTRATE JUDGE SALLY SHUSHAN |

### JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiffs, Gloria Raymond and Betty Graham for themselves, their heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys, and defendant, UNUM Life Insurance Company of America, through their undersigned counsel, hereby stipulate and agree that pursuant to a compromise reached between all parties, the principal demand of plaintiffs against UNUM Life Insurance Company of America, be and they are hereby dismissed, with prejudice, each party to bear their own costs. The parties further agree to the entry of an order by this Honorable Court, in

DATE OF ENTRY
JAN 2 3 2001

Fee
Process
X Dktd
CtRmDep
Doc.No: 15

accordance with the parties' stipulation.

**Respectfully submitted,**

_____
LAUREN A. WELCH (17199)
McGLINCHEY STAFFORD
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
ATTORNEY FOR DEFENDANTS,
UNUM LIFE INSURANCE COMPANY
OF AMERICA

_____
JENNIFER N. WILLIS (14877)
R. GLENN CATER (4048)
CATER & WILLIS
3723 Canal Street
New Orleans, Louisiana 70119
ATTORNEYS FOR PLAINTIFFS,
GLORIA RAYMOND and
BETTY GRAHAM

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLORIA RAYMOND and BETTY GRAHAM** | *   CIVIL ACTION |
| | *   NO. 00-0298 |
| **VERSUS** | |
| | *   SECTION "A" |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | *   JUDGE CHARLES SCHWARTZ, JR. |
| *   *   *   *   *   * | *   MAGISTRATE JUDGE SALLY SHUSHAN |

## ORDER

Considering the above and foregoing Stipulation:

**IT IS HEREBY ORDERED** that the petitioner's principal demand be and it is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 19 day of January, 2001.

_____
JUDGE